FILED: March 13, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 24-1293

———————————

MICHAEL MOSHOURES,

      Plaintiff – Appellant,

v.

CITY OF NORTH MYRTLE BEACH; DANA CROWELL, in her official capacity
as Chief of the North Myrtle Beach Department of Public Safety,

      Defendants – Appellees.

———————————

O R D E R

———————————

The court amends its opinion filed March 11, 2025, as follows:

On the cover page, the district court judge's name is corrected to read,

"Joseph Dawson, III."

For the Court – By Direction

/s/ Nwamaka Anowi, Clerk